83,944-01

10/9/15

THE STATE OF TEXAS

VS

MATTHEW JAMAL JACKSON

CAUSE NO. 2014-CR-0148

COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 28711

IN THE DISTRICT COURT
D379th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

"In The Interest of Justice"

# PETITION FOR WRIT OF HABEAS CORPUS

## BAIL PENDING APPEAL

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 05 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Matthew Jamal Jackson petitioner, who upon his oath states that he is restrained of his liberty by the Court's refusal to admit him to bail pending the appeal of a judgment and sentence entered herein on the 8 day of october , 2015 , and appealed to Court of Criminal Appeals of Texas P.O. Box 12308, CAPITOL STATION AUSTIN, TEXAS 28711 on the 9 day of October , 2015 ,

Applicant would show the Court that such restraint of his liberty is illegal for the following reasons:

1. Article 44.04(c) of the Texas Code of Criminal Procedure provides... "Pending the appeal from any felony conviction... the trial Court may... permit the Defendant to remain at large on existing bail, if not then on bail, admit him to a reasonable bail until his conviction becomes final...".

2. Although the decision to admit Defendant to bail pending his appeal from a felony conviction is one which is wholly within the discretion of the trial court, the legislature has provided certain guideline and mandatory provisions within which that discretion must be exercised. These are: (a) "... the Defendant may not be released on bail pending appeal from a felony conviction where the punishment exceeds 15 years confinement...", V.A.C.C.P., Article 44.04(c)(b) "... the trial court may deny bail and commit Defendant to custody if then there exists good cause to believe that the Defendant would not appear when his conviction became final or is likely to commit another offense while on bail..." V.A.C.C.P., Article 44.04(c).

3. Petitioner states that there is no good reason to believe that he would not appear upon final conviction or that he would commit another crime while on bail pending final conviction in this cause. Petitioner asserts he has been in Bexar County Detention for 24 months on $50,000 bond in which he is unable to post. Petitioner has no priors of criminal history and is a senior at Grambling State University about to graduate, Petitioner was arrested without a warrant illegality State has violated Speedy trial Act and petitioner was sentence to 7 years. Under Article 17.151 a defendant is entitled to release by reduction of bail, a criminal action commences for purposes of Article 32A02.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that he be brought before this Honorable Court instanter, and that he be released on bail pending appeal, or in the alternative, a hearing be scheduled to hear evidence as to why he should or should not be released on bail pending appeal.

Respectfully Submitted

Pro-Se
Petitioner 10/9/15